# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 14, 1939

Hon. R. G. Waters
Casualty Insurance Commissioner
Austin, Texas

Dear Sir:

Opinion No. O-498
Re: Proposed amendment to Senate
Bill No. 98, 46th Legislature
of Texas

This Department is in receipt of your letter of March 13, 1939, together with a copy of a proposed amendment to Senate Bill No. 98 of the 46th Legislature of Texas, and also a copy of a letter which you wrote Senator Martin, author of Senate Bill No. 98, wherein you state that, in your opinion, the proposed amendment, as attached to Senate Bill No. 98, would absolutely exempt all incorporated or unincorporated mutual insurance companies, their agents and representatives organized and/or operating under and by authority of Senate Bill No. 121, 45th Legislature, Acts 1937, and wherein you state that you would greatly appreciate this Department informing you whether or not we concur in your opinion.

The proposed amendment to Section 20 of Senate Bill No. 98 is as follows:

(f) "All incorporated or unincorporated Mutual insurance companies, their agents and representatives, organized and/or operating under and by authority of Senate Bill No. 121, Forty-Fifth Legislature, Acts 1937."

You state that this amendment is designed as an amendment to Section 20 of Senate Bill No. 98, which section sets out several exemptions under the act, and you



say that it is proposed to add Section (f) to the list of exemptions stated in Section 20 of Senate Bill No. 98.

You did not send us a copy of the entire bill and we are not in possession of same, but you are respectfully advised that it is the opinion of this Department that the language of Section (f) (the proposed amendment as set out above), when used as an exemption clause, would clearly exempt all incorporated or unincorporated Mutual insurance companies, their agents and representatives, organized and/or operating under and by authority of Senate Bill No. 121, 45th Legislature, Acts 1937.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:AW

APPROVED:

ATTORNEY GENERAL OF TEXAS